James B. Swing, as Trustee, etc., v. John Wanamaker.— Motion granted and case set down for argument on June fourteenth.

Jacob Taylor v. William Crawford. William M. Clemens v. Press Publishing Company. American Woolen Company of New York v. Harry Moskowitz. James Graham v. Graham Chisholm Company. Heyman Prince v. Mildred L., Holzman. Frederick S. Myers v. Beakes Dairy Company. Sophie J. Bormann v. Augustus G. Paine.— Applications denied, with ten dollars costs. Orders signed.

William H. Fearing v. Van Sinderen Lindsley.— Motion denied, with ten dollars costs.

John Stapleton v. Mazie N. La Shelle, as Executrix.— Motion denied, with ten dollars costs.

Julian Przoczewski v. Joseph Bardsley and Others.— Motion for reargument denied; motion for leave to appeal to Court of Appeals granted.

The City of New York v. New York City Railway Co. (2 cases.)— Motions granted.

Albert H. Dollard v. Benjamin Koronsky and Others. In the Matter of Max E. Bloch.— Motion granted; question certified as stated in order.

Anne Lynott v. Dane A. Pearson.— Motion denied, with ten dollars costs.

Max Willner v. Mink Restaurant Company.— Motion denied, with ten dollars costs.

George Griot v. Samuel F. Hyman, Impleaded.— Motion denied, with ten dollars costs.

Henry Von Bremen and Others v. Frank MacMonnies and Others.— Motion for reargument denied; motion to appeal to Court of Appeals granted; questions to be certified on settlement of order. Settle order on notice.

Lawrence E. Kohl v. George J. Jetter.— Motion granted. Settle order on notice.

Frederick Currie and Others v. Frank J. Sprague.— Motion granted; questions certified as stated in order.

In the Matter of the Transfer Tax upon the Estate of Henry Weiler, Deceased. The Comptroller of the State of New York, Appellant; Anna Weiler, Executrix, etc., of Henry Weiler, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Scott, J., dissenting.

Clifford N. Searle, Appellant, v. Halstead & Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Transfer Tax upon the Estate of Martha Potter, Deceased. Frederick Potter, as Executor of and Trustee under the Last Will and Testament of Martha Potter, Deceased, and Others, Appellants; Clark Williams, as Comptroller of the State of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Bernard J. Gorman, Appellant, v. Rudolph P. Miller, as Superintendent of Buildings for the Borough of Manhattan of The City of New York, and Alfred Ludwig, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Transfer Tax upon the Estate of Charles B. Whiting, Deceased. Clark Williams, Comptroller of the State of New York, Appellant;